

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2013

No. 04-13-00383-CV

Arthur **VEGA** Individually and d/b/a Dolco Packaging
Appellant

v.

**COMPASS BANK**
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-07719
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Luz Elena D. Chapa, Justice

Appellee and Cross-Appellant, Compass Bank, has filed a notice stating it no longer desires to prosecute its cross-appeal and requesting an order dismissing the cross-appeal. We therefore order Compass Bank's cross-appeal DISMISSED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2013.

_____
Keith E. Hottle
Clerk of Court